No. 491, Misc. WILLIAMS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 492, Misc. FUENTES v. NEW YORK. Appellate Division, Supreme Court of New York, First Judicial Department. Certiorari denied.

No. 553, Misc. SCHELLIN v. CALIFORNIA. District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 557, Misc. WILLIAMS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 634, Misc. HUNTER v. PATE, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 648, Misc. NOLEN v. CALIFORNIA. District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 667, Misc. STILTNER v. WASHINGTON. Supreme Court of Washington. Certiorari denied.

No. 675, Misc. SHUMATE v. LOUISIANA ET AL. Supreme Court of Louisiana. Certiorari denied.

No. 676, Misc. ROWE v. RANDOLPH, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 691, Misc. ALVARADO v. CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.